UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE UNITED STATES OF AMERICA
*ex rel*, John Simons,

       Plaintiffs,

v.                                      Case No. 3:16-cv-330-J-32JRK

NORTH CENTRAL FLORIDA
HOSPICE, INC. d/b/a HAVEN HOSPICE,

       Defendant.
_____/

## STIPULATION OF DISMISSAL

Plaintiff, UNITED STATES OF AMERICA, and the Relator, John Simons, by and through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the action between the Parties, having been fully compromised and settled, be dismissed and without an award of interest, costs, or attorney fees. With respect to all claims in this matter, this dismissal should be with prejudice.

Respectfully submitted on April 3, 2018.

| FOR RELATOR: | FOR PLAINTIFF: |
|---|---|
| Christopher C. Copeland | MARIA CHAPA LOPEZ<br>United States Attorney |
| /s/ Christopher C. Copeland | /s/ Shea M. Gibbons |
| Christopher C. Copeland<br>824 W Indiantown Road<br>Jupiter, Florida 33458 | SHEA MATTHEW GIBBONS<br>Assistant United States Attorney<br>USA No. 0000172<br>United States Courthouse<br>300 North Hogan St., Suite 700<br>Jacksonville, FL  32202-4270<br>Telephone:  (904) 301-6258<br>Facsimile:  (904) 301-6310<br>Email:  Shea.Gibbons@usdoj.gov |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2018, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant:

>Christopher C. Copeland
>824 W Indiantown Road
>Jupiter, Florida 33458

Copies of the attached document are also being sent via electronic mail to the following other individuals:

>Chris Schwing
>Holland & Knight
>50 North Laura Street, Suite 3900
>Jacksonville, FL 32202

>Counsel for Haven Hospice

>  /s/ Shea M. Gibbons
>SHEA MATTHEW GIBBONS
>Assistant United States Attorney